United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE

2024 JUL -2 PM 2:03

U.S. DISTRICT COURT
DISTRICT OF MASS.

George Kersey
    Plaintiff
    v.
Chewy Corporation
    Defendant

Civil Action No

Jury Trial Requested

## Complaint

June 30, 2024

1. Plaintiff is an ower of the Common Law Trademark "Temptations".

2. Defendant is infringing Plaintiff's trademark "Temptations" on the product it sells.

3. Defendant's headquarters are at 1855 Griffin Rd., Dana Beach, Fl 33004.

4. The Court has diversity jurisdiction. Plaintiff is entitled to punitive damages of $1,000,000.

5. Plaintiff's Pauper Affidavit is on file.

Respectfully,
George Kersey, Pro se

/s/ George Kersey

684 Newton Street
Chestnut Hill, MA 02467
(818) 966-9690